Opinion filed October 9, 2014



# In The

# Eleventh Court of Appeals

_____

## No. 11-14-00023-CR

_____

## MELISSA LEIGH BROWDER, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 142nd District Court**
**Midland County, Texas**
**Trial Court Cause No. CR39127**

## M E M O R A N D U M   O P I N I O N

Melissa Leigh Browder, Appellant, has filed a motion for nonsuit and dismissal of her appeal. In the motion, Appellant "asks this Court to enter a nonsuit and dismiss each of the appeals [two counts] . . . pending in this Court." The motion is signed by both Appellant and her counsel in accordance with TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.

October 9, 2014                                                        PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.